1  Tina Wolfson (SBN 174806)
   Robert Ahdoot (SBN 172098)
2  **AHDOOT & WOLFSON, PC**
   2600 West Olive Avenue, Suite 500
3  Burbank, California 91505
   Telephone: (310) 474-9111
4  Facsimile: (310) 474-8585
   twolfson@ahdootwolfson.com
5  rahdoot@ahdootwolfson.com

6  Peter A. Muhic (*pro hac vice* to be filed)
   **LeVAN MUHIC STAPLETON LLC**
7  One Liberty Place
   1650 Market Street, Suite 3600
8  Philadelphia, PA 19103
   Telephone: (215) 561-1500
9  pmuhic@levanmuhic.com

10 *Counsel for Plaintiffs and the Class*

11 [Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOL KIM, AARON MANDELL, ALISSA BETH COHEN MANDELL, MATTIAS ASTROM, ARPAN PATEL, ANUPAMA VIVEK, JERIN ZACHARIAH, and PETER BURNS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF TINA WOLFSON PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)** |

I, TINA WOLFSON, declare as follows:

1. I am a partner with the law firm of Ahdoot & Wolfson, PC, and one of counsel for Plaintiffs in the above-captioned action. I am admitted to practice law in California and before this Court and am a member in good standing of the State Bar of California. This declaration is made pursuant to California Civil Code § 1780(d) in support of Plaintiffs' Class Action Complaint, which is based in part on violations of the Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750, *et seq*. I make this declaration based on my research of public records and upon personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. This Class Action Complaint has been filed in the proper place for trial in this action.

3. Venue is proper in this Court because, *inter alia,* Defendant Tesla, Inc. is headquartered within this District, transacts substantial business in this District, has advertised in this District and has received substantial revenue and profits from its sales of its products, including the Solar Roof products at issue in this litigation, in this District.  Tesla intentionally and purposefully placed its products into the stream of commerce within the state of California and throughout the United States, including in this District.  Furthermore, a substantial part of the events and/or omissions giving rise to Plaintiffs' claims occurred, in part, within this District.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 17th day of May, 2021, at Los Angeles, California.

Respectfully submitted,

   */s/ Tina Wolfson*
   Tina Wolfson