1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SOL KIM, and others,

            Plaintiff,

      v.

TESLA, INC.,

            Defendant.

Case No. 21-cv-03681-NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Lucy H. Koh for consideration of whether the case is related to 5:21-cv-03577 LHK, *Matthew Amans v. Tesla, Inc.*

**IT IS SO ORDERED.**

Dated: May 18, 2021

                  _____
                  NATHANAEL M. COUSINS
                  United States Magistrate Judge